**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHELLY HART, | ) | NO. CV 22-7282-CJC(E) |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
|   v. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | |
| THE HONORABLE JUDGE | ) | CONCLUSIONS AND RECOMMENDATIONS |
| THOMAS C. FALLS, ET AL., | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
|       Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action with prejudice.

///

///

1     IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2 this Order and the Judgment of this date on Plaintiff and on counsel

3 for Defendants.

4

5     DATED: March 15, 2023.

6

7

8     _____

9         CORMAC J. CARNEY
       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28