JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHELLY HART, | ) | NO. CV 22-7282-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| THE HONORABLE JUDGE THOMAS C. FALLS, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 15, 2023.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE